# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-2229
LT Case No. 2014-CF-004033-A

_____

NICHOLAS C. MATHEIS,

   Petitioner,

   v.

STATE OF FLORIDA,

   Respondent.

_____


Petition for Belated Appeal.
A Case of Original Jurisdiction.

Nicholas C. Matheis, Milton, pro se.

James Uthmeier, Attorney General, Tallahassee, and Tabitha
Mills, Assistant Attorney General, Daytona Beach, for
Respondent.

September 26, 2025

PER CURIAM.

   The petition for belated appeal is granted. A copy of this
opinion shall be filed with the trial court and be treated as the
notice of appeal from the September 19, 2024 judgment and
sentence rendered in Case No. 2014-CF-004033-A, in the Circuit
Court in and for Marion County, Florida. *See* Fla. R. App. P.
9.141(c)(6)(D).

PETITION GRANTED.

JAY, C.J., and SOUD and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2